IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CHERYL EDLEY-WORFORD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                              ) | Civil Action No. 3:19-cv-00647-DJN |
| ) | |
| **VIRGINIA CONFERENCE OF** ) | |
| **THE UNITED METHODIST CHURCH,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Cheryl Edley-Worford, and Defendant, Virginia Conference of the United Methodist Church, by their respective counsel, hereby file this Joint Stipulation of Dismiss with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), in the above-captioned matter. The parties, having resolved the issues in this matter and entered into a Confidential Settlement and Release Agreement, do hereby respectfully request that this Court issue an Order dismissing Plaintiff's claims with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s_____ | /s_____ |
| Barbara A. Queen (VSB # 47314) | Steven D. Brown (VSB # 42511) |
| Dominique Young (VSB # 90213) | Lindsey A. Strachan (VSB # 84506) |
| LAWRENCE QUEEN | ISLERDARE P.C. |
| 701 East Franklin Street, Suite 700 | 411 East Franklin Street, Suite 203 |
| PO. Box 495 | Richmond, Virginia 23219 |
| Richmond, VA 23219 | Telephone: (804) 489-5500 |
| tel.: (804) 643-9343 | Facsimile: (804) 234-8234 |
| fax: (804) 643-9368 | Email: sbrown@islerdare.com |
| bqueen@lawrencequeen.com | Email: lstrachan@islerdare.com |
| dyoung@lawrencequeen.com | *Counsel for Virginia Conference* |
| *Counsel for Plaintiff Cheryl Edley-Worford* | *of the United Methodist Church* |

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th of August 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven D. Brown (VSB # 42511)
Lindsey A. Strachan  (VSB # 84506)
ISLERDARE P.C.
411 East Franklin Street, Suite 203
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile:  (804) 234-8234
Email: sbrown@islerdare.com
Email: lstrachan@islerdare.com
*Counsel for Virginia Conference
of the United Methodist Church*

      /s/
Barbara A. Queen (VSB # 47314)
Dominique Young (VSB# 90213)
LAWRENCE QUEEN
701 East Franklin Street, Suite 700
PO. Box 495
Richmond, VA 23219
tel.: (804) 643-9343
fax: (804) 643-9368
bqueen@lawrencequeen.com
dyoung@lawrencequeen.com
*Counsel for Plaintiff
Cheryl Edley-Worford*