IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHERYL EDLEY-WORFORD,
      Plaintiff,

v.                                                                    Civil No. 3:19cv647 (DJN)

VIRGINIA CONFERENCE OF
THE UNITED METHODIST CHURCH,
      Defendant.

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice

(ECF No. 39).  Having resolved all matters in controversy in this case, the parties hereby

stipulate and agree to the dismissal of this action with prejudice pursuant to Rule 41 of the

Federal Rules of Civil Procedure.  The Court hereby DISMISSES WITH PREJUDICE all claims

by Plaintiff against Defendant.

This case shall be CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: August 26, 2020